IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 18 2005

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          Criminal Action No. 4:04CR00012-001
                                   )
SHERMAN STEWART,                   )
                                   )
          Defendant.               )

ORDER

This case came before the Court on May 17, 2005 on Defendant's Motion to Suppress. As stated in the record, the Court grants the Defendant's Motion to Suppress as to any statements made by the Defendant on the roadside after advising the officer he wanted an attorney.

The clerk shall send copies of this order to all counsel of record.

Entered: This 18th day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE